FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 07, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LARRY JAMES BELT,

                    Plaintiff,

        v.

WASHINGTON STATE
DEPARTMENT OF CORRECTIONS
and MELISSA ANDREWJESKI,

                    Defendants.

No:  4:22-CV-5076-TOR

ORDER DISMISSING COMPLAINT
WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION
OF THE FILING FEE CEASE

        BEFORE THE COURT is Plaintiff Larry James Belt's Motion to Voluntarily

Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a).  ECF No. 8.  Defendants have

not been served in this action.  Accordingly, **IT IS ORDERED** that Plaintiff's

Motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT

PREJUDICE**.

        Plaintiff also requests that collection of the remaining balance of the filing

fee in this action be waived.  ECF No. 9.  For good cause shown, **IT IS ORDERED**

ORDER   DISMISSING   COMPLAINT   WITHOUT   PREJUDICE   AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

that Plaintiff's request to waive collection of the filing fee is **GRANTED** and the institution having custody of Mr. Belt shall cease collection of the filing fee in this action, cause number **4:22-CV-5076-TOR**.

**IT IS SO ORDERED**.  The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, provide copies to Plaintiff, and **close** the file.  The Clerk of Court is further directed to provide a copy of this Order to the **Department of Corrections, Attn: LFO/COS UNIT**, to forward to the appropriate agency having custody of Plaintiff.  The Clerk of Court also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

DATED September 7, 2022.



THOMAS O. RICE
United States District Judge

ORDER   DISMISSING   COMPLAINT   WITHOUT   PREJUDICE   AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2